■ In the Matter of the Estate of ROSE OLSHEN, Deceased. LOUIS J. LEFKOWITZ, Attorney-General, Appellant; CHARLES GLICKMAN et al., Respondents.—In a proceeding to settle an account of the executors, the Attorney-General appeals from so much of a decree of the Surrogate's Court, Kings County, dated September 10, 1973, as, after a hearing on certain claims, (1) directs the executors to pay $5,000 to claimant Fannie Gelbman for services rendered to the decedent and (2) states that the balance remaining for payment to certain eleemosynary institutions totals $11,591.51. By written stipulation, dated December 2, 1974, the parties, through their attorneys, have agreed to specific modifications of the decree. In accordance with the stipulation, the decree

is modified (1) by reducing the direction for payment to Fannie Gelbman to $3,500; (2) by directing the executors to pay (a) the Attorney-General the actual amount expended by him for the printing of his record and brief on this appeal and (b) coexecutor Charles Glickman $30, his actual expense for the printing of his brief on this appeal; and (3) by changing the above-mentioned balance figure of $11,591.51 accordingly. As so modified, decree affirmed insofar as appealed from, without costs and without further disbursements. Gulotta, P. J., Hopkins, Martuscello, Shapiro and Benjamin, JJ., concur.